Sol Katzenstein, Appellant, v. Merrimack Mutual Fire Insurance Company, Respondent.—

Present — Carswell, Johnston, Adel, Taylor and Lewis, JJ. [180 Misc. 1013.]

Morris Landa, Respondent, v. Lazarus Tarushkin et al., Appellants.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

Benjamin Lehrich, Appellant, v. G. S. & D., Inc., Respondent.—

No opinion. Present — Close, P. J., Hagarty, Johnston, Adel and Lewis, JJ.

Henry J. Lunde, Inc., Respondent, v. Marlborough S. Walker et al., Defendants, and Manbay Estates, Inc., et al., Defendants-Appellants. (Action No. 1.)

Settle order on notice within ten days from the date of this decision. Close, P. J., Hagarty, Adel, Taylor and Lewis, JJ., concur.